

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ENTERED
01/15/2020

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-35044-H2-13 |
| | § | |
| ROBERT DAVIS, | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

### Order to Compel Gwendolyn Wilds and Grace Davis to Turnover Accounting Information to the Chapter 13 Trustee

For the reasons stated in open court on January 13, 2020, it is hereby;

**ORDERED** that on or before Friday, January 17, 2020, Ms. Gwendolyn Wilds and Ms. Grace Davis shall provide to the Chapter 13 Trustee, William E. Heitkamp, the following financial records:

> All bank account numbers, bank routing numbers, usernames, and passwords for any and all banking or other financial servicing accounts used by (i) Gwendolyn Wilds, (ii) Grace Davis or (iii) Credit With Grace, from January 2014 thru December 2019.

**IT IS FURTHER ORDERED** that the required information must be mailed to the Chapter 13 Trustee, William E. Heitkamp, c/o Kenneth P. Thomas, 9821 Katy Freeway, Suite 590, Houston, Texas 77024 or uploaded to the chapter 13 portal under case number 17-35044.

**IT IS FURTHER ORDERED** that Gwendolyn Wilds and Grace Davis are enjoined from changing usernames and passwords for the accounts identified pursuant to this Order without further order of this Court.

Signed:  January 15, 2020.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE