IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | MISC. PROCEEDING 20-00301-H2 |
| | § | |
| **ROBERT DAVIS,** | § | |
| | § | |
| **DEBTOR** | § | |

## Certificate of Service

The undersigned does hereby certify that a letter from Chapter 13 Trustee, William E. Heitkamp dated January 27th, 2020, an exemplar of which is attached herein as Exhibit "A", was sent to all debtors known to be associated with Gwendolyn Wilds and/or Grace Davis in the Southern District of Texas for the years 2016, 2017, 2018 and 2019 pursuant to a search query on https://ecf.txsb.uscourts.gov, at the addresses listed below, via U.S. First Class Mail on January 27th, 2020.

RESPECTFULLY SUBMITTED,

/s/ William E. Heitkamp
William E. Heitkamp, Trustee

Annette L. Jackson
12019 Becca Crossing Way
Houston, TX 77067

Michael Wayne Swindler
19322 Enchanted Oaks Drive
Spring, TX 77388

Ophelia Denise Banks
4259 Northvale Drive
Houston, TX 77014

Derrick Edmund Ellison
4243 Northvale
Houston, TX 77014

Joseph Henry Prasek
10402 Greencreek Drive
Houston, TX 77070

Rosalinda Neri-Swindler
19322 Enchanted Oaks Drive
Spring, TX 77388

Hoang Tran
16414 Steubner Airline Rd., #603
Spring, TX 77379

Emily Nguyen
16414 Steubner Airline Rd., #603
Spring, TX 77379

Shermone Marie Granderson
5626 Briarwood Forest Drive
Houston, TX 77088

Burtrand Lee Ardoin
16707 Sonoma Del Norte
Houston, TX 77095

Maxine Elaine Alabi
2923 Napoleonic Court
Houston, TX 77014

Rashad W. Johnson
2319 Areba Street
Houston, TX 77091

Basil W. Abdullah
7133 W. Knoll Street
Houston, TX 77028

Vonda Laquise Smith
20519 Jasmine Leaf Trail
Humble, TX 77338

Josephine Navarro White
18203 Winding Timbers Lane
Humble, TX 77346

Robert Davis
4834 Comal River Loop
Spring, TX 77386

Kenneth Addison
1122 Aster Road
Missouri City, TX 77489

Maria Antoinette Caffrey
11107 Sunturf Lane
Houston, TX 77044

Ms. Yvette Rozalyn Anderson
22226 Doubletree Park Dr.
Houston, TX 77073

Camilo Castro, Jr.
3605 E. Knotty Pine Circle
Pearland, TX 77581

Anthony Ramon Lawrence
413 Martin Luther King
Brenham, TX 77833

Malcolm Lee Shannon
726 W. 28th Street
Houston, TX 77008

Marquita Rene Murphy
13415 South Peachfield Circle
Houston, TX 77014

Ewell Decostic Henderson
1406 River Rock
Missouri City, TX 77489

Sheila Walker Ammons
24934 Oconee Court
Tomball, TX 77375

Sheila Walker Ammons
24934 Oconee Court
Tomball, TX 77375

George Earl Gibson, II
13110 Kuykendahl Road, #105
Houston, TX 77090

Ike Covington Harmond
2422 Areba Street
Houston, TX 77091

Allen Wayne Bowers
15324 Chipman Lane
Houston, TX 77060

Mattlyn A. Evans
906 Patti Lane Court
Houston, TX 77073

Bryan Keith James, Sr.
20007 Squire Pl. Dr.
Humble, TX 77338

Venecia Machelle Mitchell
21823 Hannover Village Drive
Spring, TX 77388

Victor T. Henson
16826 Colony Creek Drive
Spring, TX 77379

Lucille Miller
21531 Falvel Misty Drive
Spring, TX 77388

Andrea Lynn Johnson
2623 Honeysuckle Walk
Spring, TX 77388

Vernella Lewis
7914 Bighorn Street
Baytown, TX 77521

/s/ William E. Heitkamp
William E. Heitkamp, Trustee