**William E. Heitkamp**
**Standing Chapter 13 Trustee**
**United States Bankruptcy Court**
**Southern District of Texas**
**9821 Katy Freeway, Suite 590**
**Houston, Texas 77024**
**(713) 722-1200**
**(713)722-1211 Fax**

January 27, 2020

Debtor
Address

**Re: Miscellaneous Proceeding #20-00301 Wilds et al**

Dear Debtor,

    This letter is to serve as notice of the **Miscellaneous Proceeding #20-00301 Wilds et al,** opened by Chief Judge David R. Jones in the Southern District of Texas – Houston Division on January 13, 2020 to address possible mishandling of fiduciary responsibilities or other misconduct on the part of Ms. Gwendolyn Wilds (individually or doing business as First Choice Legal) and/or Ms. Grace Davis (individually or doing business as Credit With Grace, LLC), relating to their representation of debtors in the Southern District of Texas.

    My office is notifying debtors in all cases known to be associated with Ms. Gwendolyn Wilds or Ms. Grace Davis filed in the Southern District of Texas. A search query on https://ecf.txsb.uscourts.gov reflects that one or both of them may have assisted you with your bankruptcy case or an attempt to modify a mortgage. If you believe that Ms. Wilds or Ms. Davis mishandled and/or fraudulently obtained any funds related to your bankruptcy proceeding or mortgage modification, please submit a response in writing to the Clerk of the Court at 515 Rusk Ave., Houston, TX 77002 referencing Misc. Case #20-00301. Please include any proof of funds paid to Ms. Wilds or Ms. Davis, a brief description of your complaint and contact information for you. Please submit this within 30 days from the date of this letter. My office will make further contact after receiving any correspondence submitted on your behalf.

    Please feel free to disregard this notice if you believe it is not applicable to you or your bankruptcy case, or if you wish to proceed without the assistance of the trustee. If my office can provide further explanation or assistance, please feel free to contact my Senior Staff Attorney, Kenneth P. Thomas, directly at 713-722-1200 ext. 3448.

Sincerely,


William E. Heitkamp, Chapter 13 Trustee