Case 20-00301   Document 13   Filed in TXSB on 01/31/20   Page 1 of 3

United States Courts
Southern District of Texas
FILED

JAN 31 2020

David J. Bradley, Clerk of Court

TO: U.S. Bankruptcy Court Southern District of Texas

20-0301

I Bryan Keith James Sr. was in fact represented by Ms. Gwendolyn Wilds in a bankruptcy case that was dismissed by this (U.S. Bankruptcy Court Southern District of Texas) under her direction and advise.

I was informed that a loan remodification would better suit my needs. Hence I was referred to Ms. Grace Davis for the remodification and paid her $975.00 to begin the remodification. At the time of payment Ms. Davis informed me of what she needed to proceed I filled out the papers she requested and returned them to her along with 3X the proposed monthly mortgage payment. After about 5 months the lender contacted me to inform me that my remodification request was denied. I have yet to receive my funds back from Ms. Grace Davis furthermore I do not believe that she handled my affairs in the proper

manner as contacting her has been and is a major issue.

My house has been foreclosed since Oct. 2019 and I now face eviction. The monies I paid to Ms. Davis would have easily satisfied the eviction process bail Payment. Nonetheless I would not be in this situation had Ms Grace Davis handled the remodification properly.

My financial status was and is sufficient to handle the proposed Loan Remodification payments.

I am Submitting a copy of my first payment to Ms. Davis and I will submit other Pertinent information about my dealings of being represented by Ms Davis and Credit with Grace.

Submitted
Bryan James        (832)202-3855
Bryan James        bekazjam@msn.com

**RECEIPT** DATE 3/27/19 No. 049618

RECEIVED FROM Bryan Jones   $ 975.00

Ninety Hundred - Seventy five DOLLARS

FOR RENT Diaperell Reprich
FOR

| ACCOUNT | 975— | ☐ CASH |
|---|---|---|
| PAYMENT | 975 | ☐ CHECK |
| BAL DUE | 0 | ☐ MONEY ORDER |
|  |  | ☐ CREDIT CARD |

FROM
TO
BY