

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/25/2020

| | | |
|---|---|---|
| IN RE: | § § | MISC CASE NO: 20-00301 |
| GWENDOLYN ROBESENA WILDS, | § § § § § § | |
| Respondent. | § | DAVID R. JONES |

## ORDER
(Docket No. 7)

For the reasons stated on the record on January 21, 2020 pursuant to FED. R. BANKR. P. 7052, the motion to dismiss for lack of jurisdiction is **DENIED**.

SIGNED: February 25, 2020.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE