**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | MISCELLANEOUS PRO. NO. |
| | § | |
| GWENDOLYN ROBESENA WILDS | § | 20-00301 (DRJ) |
| | § | |

## AGREED ORDER

This Agreed Order is made between (i) Gwendolyn Robesena Wilds, by and through George R. Neely, counsel of record, and (ii) the Acting United States Trustee (collectively referred to as the "Parties") on the basis of the following stipulation of fact. Gwendolyn Robesena Wilds voluntarily resigns from the bar of the Southern District of Texas and agrees not to seek reinstatement for a period of three (3) years from the date of entry of this Agreed Order.

NOW THEREFORE, the Parties hereby stipulate and good cause appearing for the entry of this Agreed Order, it is hereby

**ORDERED** that:

1. The admission of Gwendolyn Robesena Wilds to the bar of the Southern District of Texas is hereby cancelled and revoked and her name is hereby removed and deleted from the list of persons admitted to the bar of the Southern District of Texas.

2. Gwendolyn Robesena Wilds shall not to seek reinstatement to the bar of the Southern District of Texas for a period of three (3) years from the date of entry of this Agreed Order.

3. After the expiration of the three-year period after entry of this Agreed Order, Gwendolyn Robesena Wilds may seek reinstatement to the bar of the Southern District of Texas with written permission of the Chief U.S. District Court Judge.

4. The electronic case filing account ("ECF Account") of Gwendolyn Robesena Wilds is hereby forfeited. The Clerk of Court is hereby directed to cancel her ECF Account. She may retain her PACER Account.

SIGNED this _____ day of _____, 2020.

_____
HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AS TO FORM AND SUBSTANCE:

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:    /s/ Hector Duran
       Hector Duran
       Trial Attorney
       Texas Bar No. 00783996/Fed. I.D. No. 15243
       515 Rusk, Suite 3516
       Houston, Texas  77002
       Telephone:  (713) 718-4650 x 241
       Fax:   (713) 718-4670

COUNSEL FOR THE ACTING UNITED STATES TRUSTEE

GEORGE R. NEELY, ATTORNEY AND COUNSELOR AT LAW

By:    /s/ George R. Neely w/permission by Hector Duran
       George R. Neely
       Texas Bar No. 14861750
       P.O. Box 271001
       Houston, TX  77277
       (713) 815-5069

COUNSEL FOR GWENDOLYN ROBESENA WILDS