February 24, 2020

Clerk of the Court
515 Rusk Ave.
Houston, TX 77002
Misc. Case # 20-00301

United States Courts
Southern District of Texas
F I L E D

FEB 25 2020

David J. Bradley, Clerk of Court

I am you in response to letter I received from you regarding the Miscellaneous Proceeding #20-00301 Wilds et al. I did receive services from Ms. Wilds and Ms. Davis relating to my bankruptcy proceedings and for mortgage modification. Results of these individuals, failing to release my payments on time as stated. Has caused me to have notice of foreclosures, delinquent payments, costly late fees, attorney fees, inconvenient fees to be applied to my Homeowner's Associations fees. I have attached the proof of funds paid to Ms. Wilds and Ms. Davis.

Thank you for your attention and assistance in this matter.

Sincerely,
Annette Jackson
12019 Becca Crossing Way
Houston, Texas 77067
713 261 7139 (cell)
713 778 3300 (work)