

ENTERED
08/20/2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-00301 |
| ROBERT DAVIS | § | Chapter 13 |
| Debtor. | § | |

## AGREED ORDER

By agreement of the parties it is

**ORDERED** that Gwendolyn R. Wilds and Grace Davis ("Wilds and Davis") are jointly and severally liable to Robert Davis in the total amount of $25,000.00, and it is further

**ORDERED** that Wilds and Davis shall pay Robert Davis $25,000.00 in twenty-five (25) equal installments of $1,000.00 per month, starting with the first payment due on or before September 1, 2020. Each subsequent payment will be due on or before the 1st of each month with the final payment being due on September 1, 2022, and it is further

**ORDERED** that in the event of a late or missed payment, Wilds and Davis will owe Robert Davis an additional $100.00 per day beginning on the 2nd day of the month of the missed payment until the full monthly payment for that month is paid to Robert Davis, and it is further

**ORDERED** that nothing in this Agreed Order prevents Wilds and Davis for prepaying the $25,000.00 owed to Robert Davis, and it is further

**ORDERED** that all payments shall be made payable to Walker & Patterson, P.C., and must be received on before the due date. Any form of payment that fails to clear and provide good funds will be deemed a missed payment and will incur a $100.00 daily penalty beginning on the 2nd day of the month for which the payment was due until paid in full, and it is further

**ORDERED** that all payments shall be mailed to Walker & Patterson, P.C. at the following address: 4815 Dacoma, Houston, Texas 77092.

AGREED ORDER

**Signed: August 20, 2020.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

AGREED AS TO FORM AND SUBSTANCE:

By: /s/ Miriam Goott
Miriam Goott
SBN 24048846
**WALKER & PATTERSON, P.C.**
P.O. Box 61301
Houston, TX 77208
713.956.5577 (telephone)
713.956.5570 (fax)
ATTORNEY FOR ROBERT DAVIS

By: _____
George Neely
Texas Bar No. 14861750
P.O. Box 271001
Houston, Texas 77277
713.815.5069
COUNSEL FOR GWENDOLYN R. WILDS

By: _____
Gwendolyn Wilds

By: _____
Grace Davis

By: _____
Robert Davis